UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CASSIOPEIA IP, LLC.<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | CAUSE NO. 6:22-cv-1006-DAE |
| KBSOUND, INC.<br>*Defendant*. | §<br>§<br>§ | |

## ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Court has before it the Notice of Voluntary Dismissal by Plaintiff Cassiopeia IP, LLC ("Plaintiff"), filed November 23, 2022. (Dkt. # 6.) After consideration, the Court is of the opinion that such dismissal is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims and causes of action brought by Plaintiff against Defendant KBSOUND, INC. in the above-captioned lawsuit are **DISMISSED** in their entirety **WITHOUT** prejudice, and that, as between Plaintiff and Defendant, each will bear its own attorneys' fees and costs incurred in connection with the above-captioned lawsuit. The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

SIGNED this 21st day of December, 2022.

_____
U.S. DISTRICT JUDGE
HONORABLE DAVID A. EZRA